IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD GEATHERS,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-cv-00850-WSD-AJB |

## ORDER GRANTING MOTION TO STAY PRE-TRIAL DEADLINES

This matter is before the Court by motion of Defendant Bank of America, N.A. ("BANA") ("Defendant") seeking to stay certain pre-trial deadlines pending the Court's ruling on its Motion to Dismiss. The Court considered this Motion to Stay and concludes sufficient evidence and good cause exists for the Court to stay certain deadlines during the Court's consideration of the Motion to Dismiss. The Court also notes that Plaintiff has not opposed the Motion to Stay.

Accordingly, the Court hereby **GRANTS** the Motion to Stay Pre-Trial Deadlines. The Court **STAYS** the parties' obligations to comply with the deadlines for conducting the Rule 26(f) conference, serving initial disclosures and filing a discovery plan.

Should the Court later deny Defendant Bank of America, N.A.'s Motion to Dismiss, the parties will comply with the Rule 26(f) Early Planning Conference, the Joint Preliminary Report and Discovery Plan and Initial Disclosures within thirty (30) days of the Court's Order denying such Motion to Dismiss.  Pursuant to N.D. Ga. LR 26.2(A), discovery will commence thirty (30) days after the appearance of a Defendant by answer.

**SO ORDERED**, this 8th day of May, 2014.

_____
Alan J. Baverman
Magistrate Judge